AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia


RECEIVED

| Hilda L. Solis, Secretary of Labor, United States Department of Labor | ) |  |
|---|---|---|
| *Plaintiff* | ) |  |
| v. | ) Civil Action No. 1:11cv1073 |
| GlobalFon, Inc. | ) |  |
| *Defendant* | ) |  |

2011 OCT -4 P 1: 35

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* GlobalFon, Inc.
SERVE: ~~c/o~~ The Corporation Service Company
Bank of America Center, 16th Floor
1111 East Main Street
Richmond, VA 23219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J. Matthew McCracken
Office of the Regional Solicitor
U.S. Department of Labor
1100 Wilson Boulevard, 22nd Floor West
Arlington, Virginia 22207-2247

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

COPY

Date: _____     _____
*Signature of Clerk or Deputy Clerk*