# COMMONWEALTH OF VIRGINIA
# STATE CORPORATION COMMISSION

NOV 18 2011

VIRGINIA, in the

UNITED STATES DISTRICT COURT
of the
EASTERN DISTRICT OF VA
401 COURTHOUSE SQ
ALEXANDRIA, VA 22314


HILDA L SOLIS, SECRETARY OF LABOR

vs              Case/File/Matter Number: 1:11 CV1073

GLOBALFON, INC.


## CERTIFICATE OF COMPLIANCE

I hereby certify that a copy of the process, notice, order or demand in the above-styled matter served upon the Clerk of the State Corporation Commission pursuant to § 12.1-19.1 of the Code of Virginia as statutory agent was mailed on November 17, 2011 by First Class mail to the following:

GLOBALFON, INC.
13655 DULLES TECHNOLOGY DR STE 150
HERNDON, VA 23219


Dated: November 17, 2011

Joel H. Peck
Clerk of the Commission

Enclosures


SERVOP
CIS0317
11-11-16-1605


GOVERNMENT EXHIBIT A

SOP-19.1
(07/10)

**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

**SERVICE OF PROCESS, NOTICE, ORDER OR DEMAND
ON THE CLERK OF THE STATE CORPORATION COMMISSION
AS STATUTORY AGENT**

1. The service being made relates to the following proceeding:

   Style of Proceeding: __Hilda L. Solis, Secretary of Labor, Department of Labor v. GlobalFon Inc.__
   (e.g. name of the plaintiff vs. name of the defendant, or In the matter of..., etc.)

   Case/File/Matter No. __1:11cv1073__

   Proceeding Pending in __Eastern District of Virginia__  __Federal District Court__
   (Jurisdiction)                                          (Name of Court or Tribunal)

   Court's Mailing Address: __Albert V. Bryan U.S. Courthouse, 401 Courthouse Square, Alexandria, VA 22314__

2. Service is being made on the Clerk of the State Corporation Commission pursuant to Virginia Code §§ 12.1-19.1 and **(mark the appropriate box):**

   | ☐ 13.1-637 B | ☐ 13.1-920 E | ☐ 38.2-801 | ☐ 50-73.135 G |
   | ☐ 13.1-758 F | ☐ 13.1-928 B | ☐ 38.2-809 | ☐ 50-73.139 A 3 |
   | ☐ 13.1-766 B | ☐ 13.1-931 E | ☐ 38.2-1216 | ☐ 50-73.140 |
   | ☐ 13.1-767 E | ☐ 13.1-1018 B | ☐ 50-73.7 B | |
   | ☒ 13.1-769 E | ☐ 13.1-1056 A 3 | ☐ 50-73.58 A 3 | |
   | ☐ 13.1-836 B | ☐ 13.1-1057 E | ☐ 50-73.59 E | |

   ☐ Other Va. Code Section or statutory authority (Specify): _____

3. Pursuant to the foregoing legal authority, the Clerk of the State Corporation Commission is being served as statutory agent of __GlobalFon, Inc__
   (name of business entity)

   The mailing address of the defendant (business entity) being served (one address per form) is

   __13655 Dulles Technology Drive, Ste 150__  __Herndon__  __VA__  __23219__
   (number/street, P.O. Box, Rural Route, etc.)  (city or town)  (state)  (zip code)

4. Send the Commission's receipt for the payment of the fee for service on the Clerk to:

   Name: __Hilda L. Solis, Secretary of Labor, U.S. Department of Labor__

   Attn: __Candyce D Phoenix, Esq.__

   Address: __1100 Wilson Boulevard, 22nd Floor West__  __Arlington__  __VA__  __22207-2247__
   (number/street, P.O. Box, Rural Route, etc.)  (city or town)  (state)  (zip code)

   Telephone No: __(202) 693-5698__
   (optional)

**AN ORIGINAL AND ONE COPY OF THIS FORM MUST BE SUBMITTED
ALONG WITH TWO COPIES OF THE PAPERS TO BE SERVED**

**SEE INSTRUCTIONS ATTACHED**

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | |
|---|---|
| Hilda L. Solis, Secretary of Labor, United States Department of Labor<br><br>*Plaintiff*<br><br>v.<br><br>GlobalFon, Inc.<br><br>*Defendant* | )<br>)<br>)<br>)  Civil Action No. 1:11cv1073<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* GlobalFon, Inc.
SERVE: c/o The Corporation Service Company
Bank of America Center, 16th Floor
1111 East Main Street
Richmond, VA 23219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J. Matthew McCracken
Office of the Regional Solicitor
U.S. Department of Labor
1100 Wilson Boulevard, 22nd Floor West
Arlington, Virginia 22207-2247

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: October 4, 2011

Tina L. Fitzgerald
*Signature of Clerk or Deputy Clerk*