IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION



Hilda L. Solis )
   *Secretary of Labor, United States* )
   *Department of Labor* )
 )
        Plaintiff )
 )
v. ) CIVIL ACTION NO. 1:11cv1073
 )
Globalfon, Inc. )
 )
        Defendant )

## ENTRY OF DEFAULT

In accordance plaintiff's request to enter default and declaration of J. Matthew McCracken, Esq., counsel of record for plaintiff, the Clerk of this Court does hereby enter the default of Globalfon, Inc. for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

The entry of default is in accordance with Rule 55(a) Federal Rules of Civil Procedure.

        FERNANDO GALINDO
        CLERK OF COURT

        By: _____/s/_____
           Kathryn M. Stasko,
           DEPUTY CLERK

Dated: December 14, 2011