# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| HILDA L. SOLIS, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, <br><br> Plaintiff, <br><br> v. <br><br> GLOBALFON, INC., <br><br> Defendant. | C.A. No. 1:11cv1073 (AJT/TRJ) |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on January 6, 2011, at 10:00 o'clock in the morning, or as soon thereafter as counsel may be heard, at the Albert V. Bryan United States Courthouse for the Eastern District of Virginia, located at 401 Courthouse Square in Alexandria, VA 22314, plaintiff, the Secretary of Labor of the United States of America, by Counsel, will move this Honorable Court to enter a Default Judgment against the above-named Defendant.

Respectfully submitted,

M. Patricia Smith
Solicitor of Labor

Catherine Oliver Murphy
Regional Solicitor

U.S. DEPARTMENT OF LABOR

BY: _____/s/_____
J. Matthew McCracken
Attorney
Office of the Solicitor
Twin Towers
1100 Wilson Boulevard, 22nd Floor West
Arlington, VA 22207-2247
(202) 693-9376
(202) 693-9392 (fax)
VSB # 31475

Date: December 19, 2011

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Notice of Hearing and the Motion to Enter Default Judgment was served on December 19, 2011, on the following:

Clerk of the State Corporation Commission
As Statutory Agent for Ichiban, Inc.
P.O. Box 1197
Richmond, VA 23218-1197

/s/
J. Matthew McCracken
