UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| HILDA L. SOLIS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:11-cv-1073 (AJT/TRJ) |
| | ) | |
| v. | ) | |
| | ) | |
| GLOBALFON, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on the Report and Recommendation (Doc. No. 12) of the Magistrate Judge recommending: (1) that default judgment be entered against GlobalFon, Inc. ("GlobalFon"); (2) that GlobalFon be removed as fiduciary of an employee 401(k) plan (the "Plan") covered by Sections 3(3) and 4(a) of the Employment Retirement Income Security Act ("ERISA"), 29 U.S.C. §§ 1002(3), 1003(a); and (3) that Metro Benefits, Inc. ("Metro") be appointed as fiduciary to the Plan. The Court conducted a *de novo* review of the evidence in this case and adopts and incorporates the findings and recommendations of the Magistrate Judge. Accordingly, it is hereby

ORDERED that Plaintiff's motion for default judgment (Doc. No. 6) be, and the same hereby is, GRANTED; it is further

ORDERED that default judgment be, and the same hereby is, ENTERED against GlobalFon, and that GlobalFon be, and the same hereby is, REMOVED as fiduciary to the Plan; and it is further

ORDERED that Metro be, and the same hereby is, APPOINTED as fiduciary to the Plan.

The Clerk is directed to enter judgment in accordance with this Order pursuant to Fed. R. Civ. P. 58 and to forward copies of this Order to all counsel of record and to GlobalFon at:

GlobalFon, Inc.
13655 Dulles Technology Dr., Suite 150
Herndon, VA 23219

　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　Anthony J. Trenga
　　　　　　　　　　　　　United States District Judge

Alexandria, Virginia
February 24, 2012