**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | | |
|---|---|---|
| Hilda L. Solis | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:11cv1073 (AJT/TRJ) |
| | ) | |
| | ) | |
| GlobalFon, Inc. | ) | |
| | ) | |
| Defendant. | ) | |

## **JUDGMENT**

Pursuant to the order of this Court entered on 2/24/2012 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Hilda L. Solis and against the GlobalFon, Inc.

                                                FERNANDO GALINDO, CLERK OF COURT

                                                By:              /s/
                                                        Richard Banke
                                                         Deputy Clerk

Dated: 2/27/2012
Alexandria, Virginia