1:11cv1073

016H16503500
$00.450
02/27/2012
Mailed From 22314
US POSTAGE

Hasler

RECEIVED
MAILROOM

MAR - 2 2012

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

GlobalFon, Inc.
13655 Dulles Technology Dr.
Suite 150
Herndon, VA 2

NIXIE        220    DE 1         00 02/29/12

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 22314579999    *3017-05093-27-40

OFFICE OF
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
401 COURTHOUSE SQUARE
ALEXANDRIA, VIRGINIA 22314-5798

OFFICIAL BUSINESS

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

| | |
|---|---|
| Hilda L. Solis | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:11cv1073 (AJT/TRJ) |
| | ) |
| | ) |
| GlobalFon, Inc. | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

Pursuant to the order of this Court entered on 2/24/2012 and in accordance with Federal

Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Hilda L. Solis and

against the GlobalFon, Inc.

FERNANDO GALINDO, CLERK OF COURT

By:_____/s/_____
                Richard Banke
                Deputy Clerk

Dated: 2/27/2012
Alexandria, Virginia

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

HILDA L. SOLIS,                              )
                                             )
                    Plaintiff,               )      Case No. 1:11-cv-1073 (AJT/TRJ)
                                             )
        v.                                   )
                                             )
GLOBALFON, INC.,                             )
                                             )
                    Defendant.               )
_____)

## ORDER

This matter is before the Court on the Report and Recommendation (Doc. No. 12) of the

Magistrate Judge recommending: (1) that default judgment be entered against GlobalFon, Inc.

("GlobalFon"); (2) that GlobalFon be removed as fiduciary of an employee 401(k) plan (the

"Plan") covered by Sections 3(3) and 4(a) of the Employment Retirement Income Security Act

("ERISA"), 29 U.S.C. §§ 1002(3), 1003(a); and (3) that Metro Benefits, Inc. ("Metro") be

appointed as fiduciary to the Plan. The Court conducted a *de novo* review of the evidence in this

case and adopts and incorporates the findings and recommendations of the Magistrate Judge.

Accordingly, it is hereby

ORDERED that Plaintiff's motion for default judgment (Doc. No. 6) be, and the same

hereby is, GRANTED; it is further

ORDERED that default judgment be, and the same hereby is, ENTERED against

GlobalFon, and that GlobalFon be, and the same hereby is, REMOVED as fiduciary to the Plan;

and it is further

ORDERED that Metro be, and the same hereby is, APPOINTED as fiduciary to the Plan.

The Clerk is directed to enter judgment in accordance with this Order pursuant to Fed. R.

Civ. P. 58 and to forward copies of this Order to all counsel of record and to GlobalFon at:

GlobalFon, Inc.
13655 Dulles Technology Dr., Suite 150
Herndon, VA 23219

_____
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
February 24, 2012

2